**620**

No. —, original. EX PARTE ELBERT ELWOOD COGG. February 14, 1938. Motion for leave to file petition for writ of habeas corpus denied.

No. 123. ADAMS, RECEIVER, v. NAGLE ET AL.; and

No. 124. SAME v. TOBIAS ET AL. February 14, 1938. Restored to the docket and assigned for reargument. *Messrs. Brice Clagett, Charles E. Wainwright, Charles W. Matten* and *George P. Barse* for petitioner. *Messrs. Edward W. Madeira, Lemuel B. Schofield* and *W. Bradley Ward* for respondents. Reported below: 88 F. 2d 936.

No. 738. MOONEY v. SMITH, WARDEN. Petition for writ of certiorari to the Supreme Court of California. February 14, 1938. The petitioner having withdrawn the motion for leave to proceed on a printed abstract of the record and having moved for time to present a brief in support of a petition for certiorari, the latter motion is granted, and it is ordered that petitioner have thirty days from this date in which to file with this Court and serve upon respondent a brief in support of the petition for certiorari, and that respondent have thirty days after such filing and service to file with the Court and serve upon petitioner an opposing brief. The parties may refer to the typewritten record in the respective briefs above mentioned. Questions in relation to the preparation and printing of the record or abstracts thereof will be reserved until the coming in of such briefs. *Messrs. Frank P. Walsh, John F. Finerty* and *George T. Davis* for petitioner. *Messrs. U. S. Webb,* Attorney General, and *William F. Cleary,* Deputy Attorney General, of California, for respondent.